**Electronically Filed
Intermediate Court of Appeals
28774
19-DEC-2011
02:43 PM**

NO. 28774

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


JOHN MUSSACK, Plaintiff-Appellant,
v. STATE OF HAWAIʻI, PATRICIA HAMAMOTO,
LEA ALBERT, MICHAEL HARANO, and LANELLE HIBBS,
in their official capacities, Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 04-1-0455-03 SSM)


ORDER DENYING PLAINTIFF-APPELLANT'S
MOTION FOR RECONSIDERATION
(Foley, Presiding J., for the court)[1]

Upon consideration of the Motion for Reconsideration filed by Plaintiff-Appellant John Mussack (Appellant) on December 19, 2011, the papers in support, and the records and files herein,

---

[1] Considered by: Foley, Presiding Judge, Leonard, J., and Circuit Judge Karen S.S. Ahn, in place of Nakamura, C.J., and Fujise, Reifurth, and Ginoza, JJ., all recused.

IT IS HEREBY ORDERED that the motion for reconsideration is hereby denied.

DATED:   Honolulu, Hawaiʻi, December 19, 2011.

FOR THE COURT:

Presiding Judge